# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRINA F. COLON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01356-JCM-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ONEWEST BANK, FSB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  Before the court is Defendant OneWest Bank's Motion to Extend Time to File Responsive Pleading (Dkt. #13).  Defendants ask for an extension until August 22, 2012, to file an answer or other responsive pleading in this matter.  Plaintiff's opposes the request asserting OneWest has not established excusable neglect for failing to request an extension until 19 days after the answer or responsive pleading was due.  See Response (Dkt. #18).  Having reviewed and considered the motion and response the court will grant the modest extension requested.  This case was initially filed in state court and removed by Defendant Land Title.  Counsel for OneWest represents that he learned of the removal August 7, and requested an extension from the Plaintiff on August 8,  which was refused . OneWest appeared in state court and sought additional time to file a responsive pleading before the case was removed. It promptly sought relief from this court after learning the case had been removed after first requesting an extension from Plaintiff.  Plaintiff does not explain the reason she refused to agree to the extension or why she will be prejudiced by the additional time requested.

  For these reasons,

  **IT IS ORDERED** that Defendant OneWest Bank's Motion to Extend Time to File Responsive

///

///

Pleading (Dkt. #13) is **GRANTED** and Defendant OneWest Bank shall have until **August 22, 2012,** in which to file an answer or responsive pleading.

Dated this 21st day of August, 2012.

_____
Peggy A. Leen
United States Magistrate Judge